**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-6391**

———————

JOHN SCOTT HUDSON,

        Plaintiff - Appellant,

    v.

FREDRICK SHAW,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03313-BO-RJ)

———————

Submitted:  December 1, 2025               Decided:  December 18, 2025

———————

Before GREGORY and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

John Scott Hudson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Scott Hudson appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B)(ii). We have reviewed the record and find no reversible error in the district court's conclusion that Hudson failed to state plausible deliberate indifference and retaliation claims. *See Hodges v. Meletis*, 109 F.4th 252, 259 (4th Cir. 2024) (describing standard for dismissal under § 1915(e)(2)(B)(ii)). Accordingly, we modify the district court's order, *Hudson v. Shaw*, No. 5:22-ct-03313-BO-RJ (E.D.N.C. Mar. 28, 2023), to reflect dismissal of Hudson's complaint without prejudice, *see King v. Rubenstein*, 825 F.3d 206, 225 (4th Cir. 2016), and affirm the order as modified, *see* 28 U.S.C. § 2106. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*